[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-14092

_____

D.C. Docket No. 6:11-cv-01740-CEH-KRS

BRIAN BERRY,
JERMARIO ANDERSON,
REGINALD TRAMMON,
EDWYN DURANT,

 Plaintiffs - Appellees,

versus

ORANGE COUNTY, et al.,

 Defendants,

TRAVIS LESLIE,
Deputy,
KEITH VIDLER,
Corporal, in his Individual Capacity,

 Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

After this case was briefed and argued, we referred it to mediation, which was successful. The joint motion to dismiss the appeal with prejudice with the parties to bear their own costs and attorney's fees is GRANTED. This appeal is DISMISSED as moot and the case is REMANDED to the district court with instructions to vacate the judgment and dismiss the lawsuit. The panel opinion remains vacated.